IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHESTER HARDY                                                                PLAINTIFF

v.                            No. 3:18-cv-166-DPM

SAFECO INSURANCE COMPANY
OF ILLINOIS; DOES 1-10;
and ROE CORPORATIONS 1-10,
inclusive                                                                  DEFENDANTS

## ORDER

Hardy's motion to remand, № 6, is granted. Hardy's complaint says he wants no more than $75,000.00 and his stipulation confirms that, № 14. The Court therefore remands the case to the Circuit Court of Crittenden County, Arkansas. 28 U.S.C. § 1447(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2018